UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
                                                    :
A.T. KEARNEY, INC.,                                 :
                                                    :    11 Civ. 5035 (PKC)
                              Plaintiff,            :
                                                    :    **NOTICE OF APPEARANCE**
            - vs -                                  :
                                                    :
GLOBAL CROSSING                                     :
TELECOMMUNICATIONS, INC.,                           :
                                                    :
                              Defendant.            :
--------------------------------------------------------x

PLEASE TAKE NOTICE that James J. Stricker of Kasowitz, Benson, Torres &

Friedman LLP, hereby appears in the above-captioned action as co-counsel to Defendant

Global Crossing Telecommunications, Inc., certifies that he is admitted to practice in this

court, and further requests that copies of all papers in this action be served on the

undersigned at the address below.

Dated:   February 15, 2013
         New York, New York            KASOWITZ, BENSON, TORRES
                                         & FRIEDMAN LLP

                                       By: /s/ James J. Stricker
                                            James J. Stricker
                                       (jstricker@kasowitz.com)
                                       1633 Broadway
                                       New York, New York 10019
                                       (212) 506-1700

                                       *Attorney for Defendant Global Crossing
                                       Communications, Inc.*